FILED by __PE__ D.C.

MAR 18 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**RENE MESA**

    **Plaintiff**

-vs-                                        **15-CV-21089-Altonaga/O'Sullivan**

**LAW ENFORECEMENT SYSTEMS, LLC,
NORMAN BROOKS, MICHAEL
NIKOLAUS, MICHAEL FLAHERTY and
JEFF FISCHER;**

    **Defendants**

_____/

## COMPLAINT FOR UNLAWFUL DEBT COLLECTION
### JURY DEMAND

COMES NOW RENE MESA (herein the Plaintiff) by and through counsel, in the above styled cause, and hereby sues Defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692, and the Florida Consumer Collection Practices Act (FCCPA), FLA. STAT. §559(Part VI) and Florida Deceptive and Unfair Trade Practices Act (FDUTPA) FLA. STAT. §501.20491.

### JURISDICTION AND VENUE

1.    This Court has jurisdiction of 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendants do business in this District.

2. Upon information and belief, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Defendants have violated such laws by engaging in illegal debt collection failing to yield to Federal and State law as more fully stated herein.

4. **The Plaintiff asks for more than $15,000.00 in salutatory and actual damages.**

## PARTIES

5. Plaintiff, RENE MESA, is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

6. Defendant, LAW ENFORECEMENT SYSTEMS, LLC does business in Florida. They have instructed that all service of process shall be in care of CORPORATION SERVICE COMPANY, 1201 HAYS ST, TALLAHASSEE, FL 32301.

7. Defendant NORMAN BROOKS is a debt collector and directly controls the collection actions of LAW ENFORECEMENT SYSTEMS, LLC. Service of process shall be sent to 633 W. WISCONSIN AVENUE, SUITE 1600, MILWAUKEE, WI 53203.

8. Defendant MICHAEL NIKOLAUS is a debt collector and directly controls the collection actions of LAW ENFORECEMENT SYSTEMS, LLC. Service of process shall be sent to 633 W. WISCONSIN AVENUE, SUITE 1600, MILWAUKEE, WI 53203.

9. Defendant MICHAEL FLAHERTY is a debt collector and directly controls the collection actions of LAW ENFORECEMENT SYSTEMS, LLC. Service of process

shall be sent to 633 W. WISCONSIN AVENUE, SUITE 1600, MILWAUKEE, WI 53203.

10.     Defendant JEFF FISCHER is a debt collector and directly controls the collection actions of LAW ENFORECEMENT SYSTEMS, LLC. Service of process shall be sent to 633 W. WISCONSIN AVENUE, SUITE 1600, MILWAUKEE, WI 53203.

11.     Defendant MICHAEL NIKOLAUS is a debt collector and directly controls the collection actions of LAW ENFORECEMENT SYSTEMS, LLC. Service of process shall be sent to 633 W. WISCONSIN AVENUE, SUITE 1600, MILWAUKEE, WI 53203.

12.     Defendants regularly use the mail in a business the principal purpose which is the collection of debts.

13.     Defendants regularly collect or attempt to collect debts. They are "debt collectors" as defined in the FDCPA.

14.     At all times material to the allegations of this complaint, Defendants were acting as debt collectors with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

15.     Defendants sought to collect an alleged debt from Plaintiff arising from a debt for personal, family or household purposes. The Plaintiff operates his car for personal purpose.

16.     This is an action regarding the Defendant's attempt to collect a debt initiated by a call to Plaintiff's cellular telephone on or about June 18, 2014.

17.     Someone called representing that they were calling on behalf of LAW ENFORECEMENT SYSTEMS, LLC but did not give her name.

18. The representative for LAW ENFORECEMENT SYSTEMS, LLC stated that there was $27.00 or so dollars due for toll violations.

19. Plaintiff did not disclose his personal cellular telephone number to FLOIRDA DEPARTMENT OF HIGHWAY or LAW ENFORECEMENT SYSTEMS, LLC.

20. This representative did not state her name.

21. This representative failed to identity herself.

22. That representative failed to state that the nature of the call was an attempt to collect a debt.

23. The Plaintiff was not aware that LAW ENFORECEMENT SYSTEMS, LLC was engaged in an attempt to collect a debt or that LAW ENFORECEMENT SYSTEMS, LLC was not a government entity.

24. Defendant LAW ENFORECEMENT SYSTEMS, LLC called Plaintiff's cellular telephone without express prior consent and in violation of state and federal law.

25. Plaintiff does not do business with LAW ENFORECEMENT SYSTEMS, LLC and did not authorize them to call his cellular telephone.

26. LAW ENFORECEMENT SYSTEMS, LLC never sent the Plaintiff notification of his right to dispute the debt and therefore, failed to comport with the mandated requirements of §1692g of the FDCPA.

27. Through information and belief, LAW ENFORECEMENT SYSTEMS, LLC is clearly engaged in an attempt to collect a debt for one or more entities that operates the toll lanes.

28. The Plaintiff asked the LAW ENFORECEMENT SYSTEMS's representative how she obtained Plaintiff's personal cellular telephone number, however LAW

ENFORECEMENT SYSTEMS, LLC's representative did not explain to Plaintiff how they obtained his personnel cellular telephone number or how Plaintiff consented to the instant call.

29. The Defendant's communication with Plaintiff was unlawful and done without disclosure of the Defendant's full identity.

30. The acts of the Defendant's were reasonably calculated to confuse or frustrate the least sophisticated consumer.

31. All Defendants have superior knowledge of finance and legalese and knew, should have known, or through the lack of reasonable care should have deduced that federal and state law prohibits the collection of debts in violation of the FDCPA and the FCCPA.

32. Defendant LAW ENFORECEMENT SYSTEMS, LLC is under direction and NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER and profit from all collection activity.

33. Defendants NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER failed to properly train employees at LAW ENFORECEMENT SYSTEMS, LLC in state and federal debt collection laws.

34. Defendants NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER failed to exercise reasonable care in the debt collection practices of Defendant LAW ENFORECEMENT SYSTEMS, LLC.

35. Defendant LAW ENFORECEMENT SYSTEMS, LLC is also under direction of NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF

FISCHER and properly train employees in compliance with state and federal debt collection laws.

36. Defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER failed to advise the Plaintiff of his rights under state and federal collection laws.

37. One or more JOHN or JANE DOES authorized Defendant CONTINENTAL and CONSERVE to engage the Plaintiff in unlawful debt collection practices and the Plaintiff intends to propound discovery to obtain the discovery of the names of such person(s) that engaged in said unlawful activity against Plaintiff.

**COUNT I
VIOLATION OF FAIR DEBT COLLECTION
PRACTICES ACT (FDCPA), 15 U.S.C. §1692
ATTEMPTING TO COLLECT A DEBT IN A MATTER THAT IS DECEPTIVE
UNFAIR AND ATTEMPTING TO COLLECT A DEBT IN A MANNER THAT IS
ENGAGING IN CONDUCT A NATURAL CONSEQUENCE OF WHICH IS TO
HARASS, OPRESS OR ABUSE AS TO ALL DEFENDANTS**

38. Plaintiff incorporates paragraphs 1-37 as though fully restated herein.

39. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

40. Defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER L are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

41. Defendants violated the Fair Debt Collection Practices Act by using a deceptive means in violation of 15 U.S.C. § 1692e, by engaging in conduct the natural consequence of which is to harass, oppress or abuse in violation of 15 U.S.C. §1692d, and by engaging in an unfair and deceptive practice in violation of 15 U.S.C. §1692f by attempting to collect a debt in violation of state and federal collection laws. Defendants engaged in a

debt collection practice engaged in violation of § 1692 e(2) Character, amount, or legal status of the alleged debt.

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER for actual and/or statutory damages, and punitive damages, attorney's fees and costs, pursuant to FDCPA.  Plaintiff respectfully request that this Court award damages, and any other just and appropriate relief under the law, including but not limited to, attorneys' fees and costs pursuant to 15 U.S.C. §1692k.

**COUNT II**
**VIOLATION OF FAIR DEBT COLLECTION**
**PRACTICES ACT (FDCPA), 15 U.S.C. §1692**
**FAILURE TO PROPERLY NOTIFY PLAINITFF OF REQUIRED RIGHTS**
**UNDER THE FDCPA BY ALL DEFENDANTS**

42.   Plaintiff incorporates Paragraphs 1 through 37 a fully restated herein.

43.   As result of Defendant's conduct, Plaintiff is entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k.

44.   Defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER failed to notify Plaintiff of his rights as required under the FDCPA.

45.   Plaintiff is also entitled to an award of costs and attorney's fees pursuant to 15 U.S.C. § 1692k.

46.   Plaintiff is also entitled to an award of costs and attorney's fees pursuant to 15 U.S.C. § 1692k.

**WHEREFORE**, Plaintiff RENE MESA requests that this Court enter judgment in her favor and against Defendant LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER for Statutory damages pursuant to 15 U.S.C. §1692k; Attorney's fees, litigation expenses and costs of the instant suit; and Such other or further relief as the Court deems proper.

## COUNT III
### VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY ALL DEFENDANTS

47. Plaintiff alleges and incorporates the information in paragraphs 1-37 as though fully restated herein.

48. Plaintiff is a consumer within the meaning of §559.55(2).

49. LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER are debt collectors within the meaning of §559.55(6)(a).

50. Defendants violated §559.72(9) by Claiming, attempting, or threatening to enforce a debt when such person knows that the debt is not legitimate or asserting the existence of some other legal right when such person knows that the right does not exist.

51. Defendant allowed collecting said debt knowing that such debt was not legitimate and engaging in collection action not legally allowed to be taken.

52. Defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER knew, should have known, or through reasonable deduction should have considered that said debt was

assigned to a party that was not legally allowed to collect on said debt and in the State of Florida.

53. As more stated in Plaintiff's factual allegations, the Plaintiff's engaged in unlawful debt collection and took actions not legally allowed to be taken.

**WHEREFORE**, Plaintiff demands judgment for damages against LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77. Plaintiff respectfully request that this Court award damages, and any other just and appropriate relief under the law, including but not limited to, attorneys' fees and costs.

## COUNT IV
### VIOLATIONS OF FLORIDA STATUTES §501.201—DECEPTIVE AND UNFAIR TRADE PRACTICES ACT AS TO ALL DEFENDANTS

54. Plaintiff alleges and incorporates the information in the factual allegations 1-37 though fully restated herein.

55. The Florida Deceptive and Unfair Trade Practices Act (FDUTPA) provides for a civil cause of action for "unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce." FLA. STAT. §501.20491 (2005).

56. This is an action for damages pursuant to the Florida Deceptive and Unfair Trade Practices Act, Florida Statutes §501.201, et seq.(hereinafter "the Act") .

57. At all times relevant hereto, Plaintiff is a "consumer" as defined by FLA. STAT. §501.203(7).

58. At all time relevant hereto, these defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL

FLAHERTY and JEFF FISCHER were engaged in "trade or commerce" as defined by FLA. STAT. §501.203 (8).

59. The provisions of the Act are to be liberally construed to promote the following policies:

> a. **To simplify, clarify, and modernize the law governing consumer protection, unfair trade practices; and**
> b. **to protect the consuming public and legitimate business enterprises from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce. FLA. STAT. §501.202(1) and (2).**

60. Either, any, or all of the Defendants in this count failed to observe proper debt collection practices as required by state and federal law.

61. These defendants' violated the Act by engaging in unfair and deceptive acts and practices including, but not limited to:

> a. The Defendants' LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER failure to comply with conditions precedent to collecting a debt as required under State and Federal collection laws.
> b. The Defendants' LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER have no contract with the Plaintiff.
> c. The Defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER failed to properly observe state and federal debt collection practices.
> d. Plaintiff never received constructive notice of his rights under state and federal law collection laws.
> e. Plaintiff never received a dunning letter from the Defendants LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER.

62. These Defendants violated the act by engaging in said acts as more fully stated in Plaintiff's factual allegations which were unconscionable conduct, unfair deceptive

practices in the conduct of trade or commerce. Defendants' LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER failed to observe state and federal collection laws.

**WHEREFORE**, Plaintiff incurred a violation of the Florida Deceptive Practices Act as a direct and proximate result of defendants' LAW ENFORECEMENT SYSTEMS, LLC, NORMAN BROOKS, MICHAEL NIKOLAUS, MICHAEL FLAHERTY and JEFF FISCHER illegal conduct including frustration and stress caused by the actions perpetuated upon Plaintiff. Attorney's fees and costs are sought pursuant to FLA. STAT. §501.2105. Plaintiff respectfully request that this Court award damages, disgorgement of fees paid to Defendants', and any other just and appropriate relief under the law.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law. Respectfully submitted this ___th of March 2015.

_____

RENE MESA
7014 N.W. 169 St.
Miami, Fl 33015
305-744-6134